1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   SANTOS C. MALDONADO,                  )   Case No.: 1:12-cv-01157 – JLT (PC)
                                           )
12                Plaintiff,               )   ORDER TO SUBMIT APPLICATION TO
                                           )   PROCEED IN FORMA PAUPERIS OR PAY
13         v.                              )   FILING FEE WITHIN 30 DAYS
                                           )
14   DONNIE YOUNGBLOOD, et. al,            )
                                           )
15                Defendants.              )
                                           )
16                                         )
                                           )
17   _____     )

18         Plaintiff has not paid the $350.00 filing fee nor submitted an application to proceed in forma

19   pauperis pursuant to 28 U.S.C. § 1915.

20         Accordingly, it is HEREBY ORDERED that:

21         1. Within thirty (30) days of the date of service of this order, Plaintiff shall either: (1) pay the

22   $350.00 filing fee for this action; or (2) submit the attached application to proceed in forma pauperis,

23   competed and signed, along with a certified copy of his/her prison trust account statement for the six

24   month period immediately preceding the filing of the complaint.

25         2. The Clerk of the Court is directed to send Plaintiff this district's application to proceed in

26   forma pauperis.

27

28

                                              1

1        3. Plaintiff is advised that requests for extensions of time will not be granted without a showing

2    of good cause. Plaintiff is also cautioned that failure to comply with this order will result in a

3    recommendation that this action be dismissed.

4

5    IT IS SO ORDERED.

6        Dated:   **August 14, 2012**                    **/s/ Jennifer L. Thurston**

7                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28