1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  SANTOS MALDONADO, | ) Case No.: 1:12-cv-01157 – JLT (PC) |
| 12  Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| 13  v. | ) APPLICATION TO PROCEED IN FORMA PAUPERIS |
| 14  DONNIE YOUNGBLOOD, et. al, | ) (Doc. 6) |
| 15  Defendants. | ) |
| 16 | ) |
| 17 | ) |

18     Plaintiff is a prisoner proceeding pro se in an action pursuant to 42 U.S.C. § 1983.  Plaintiff has

19  requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 6).  Plaintiff has

20  made the showing required by § 1915(a)(1) and accordingly, the request to proceed in forma pauperis

21  will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28

22  U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent

23  of the preceding month's income credited to Plaintiff's trust account.  The Kern County Sheriff is

24  required to send to the Clerk of the Court payment from Plaintiff's account each time the amount in

25  the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).  In

26  accordance with the above and good cause appearing therefore, it is HEREBY ORDERED that:

27

28

1.     Plaintiff's application to proceed in forma pauperis (Doc. 6) is GRANTED.

2.     The Sheriff of the Kern County Jail or his designee shall collect payments from plaintiff's inmate trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the inmate's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

3.     The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the Sheriff of Kern County, 17695 Industrial Farm Road, Bakersfield, California 93308.

4.     The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   __August 27, 2012__          ____/s/ **Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE