UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS C. MALDONADO, </br></br> Plaintiff, </br></br> v. </br></br> DONNIE YOUNGBLOOD, et al., </br></br> Defendant. | Case No.: 1:12-cv-01157 - JLT (PC) </br></br> ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR A CHANGE OF VENUE </br></br> (Doc. 10) |

  Plaintiff reports he is currently incarcerated in the Kern County Jail, and requests "a change of venue from the Eastern District of California in Fresno to the Eastern District of California in Bakersfield." (Doc. 10 at 1). Notably, the Eastern District of California includes divisions in Sacramento and Fresno, and the Fresno division hears actions arising in Kern County. Because the action was initiated in the Fresno division of the Eastern District, there is no need to transfer the action or change the venue.

  Accordingly, Plaintiff's motion for a change of venue is **DENIED AS MOOT**.

IT IS SO ORDERED.

  Dated:  **February 22, 2013**     **/s/ Jennifer L. Thurston**
                   UNITED STATES MAGISTRATE JUDGE